# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

James A. Leflore **PLAINTIFF**

VS.          CASE NO. 3:17-cv-00124 DPM

West Memphis Arkansas, City of **DEFENDANT**

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this  16  day of      May       , 20 17 .

                                       AT THE DIRECTION OF THE COURT
                                       JAMES W. MCCORMACK, CLERK

                                       By: /s/ Jake A. Kornegay
                                                 Deputy Clerk