IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES A. LEFLORE                                                                    PLAINTIFF

v.                                        No. 3:17-cv-124-DPM

CITY OF WEST MEMPHIS, ARKANSAS                                   DEFENDANT

### ORDER

Leflore has filed an amended complaint by the Court's deadline. № 5 at 2. Most confidential matter has been redacted; the right-to-sue letter is attached; and it's time to move the case forward. The Court therefore directs the Clerk to prepare summons. The United States Marshal must serve the summons, amended complaint, and copies of all the other filings in this case on the Mayor of the City of West Memphis, William H. Johnson, by registered mail (restricted delivery), without prepayment of fees.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 July 2017