# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES A. LEFLORE                                                    PLAINTIFF

v.                              No. 3:17-cv-124-DPM

CITY OF WEST MEMPHIS                                                DEFENDANT

## ORDER

Defendant's Rule 26(f) report, № 12, noted. The Court prefers its deadline for motions in limine. A Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 October 2017