# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JAMES A. LEFLORE**                                                     **PLAINTIFF**

v.                                   No. 3:17-cv-124-DPM

**CITY OF WEST MEMPHIS,**
**ARKANSAS**                                                             **DEFENDANT**

## ORDER

Leflore hasn't responded to West Memphis's motion for summary judgment, № 22. If no response is filed by 18 July 2018, then the Court will decide the motion based on the existing record and filings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2018